

FILED

APR - 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   JAMIE HANSEN
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   SHAWN MARIE LEWIS
8

9

10             IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 | UNITED STATES OF AMERICA,      ) Cr. No. S-11-110-DAD
                                    )
15 |         Plaintiff,              )   DAD
                                    ) STIPULATION AND [PROPOSED] ORDER
16 |    v.                           ) TO CONTINUE THE INITIAL
                                    ) APPEARANCE
17 | SHAWN MARIE LEWIS,              )
                                    ) Date:  April 5, 2011
18 |         Defendant.              ) Time:  10:00 a.m.
                                    ) Judge: Hon. Dale A. Drozd
19 | _____       )

20     The United States of America, by and through its counsel Jill

21 Thomas, Assistant United States Attorney, together with defendant,

22 Shawn Marie Lewis, by and through her counsel Linda Harter, Chief

23 Assistant Federal Defender, stipulate to continue the initial

24 appearance set for April 5, 2011 at 10:00 a.m., to April 19, 2011 at

25 10:00 a.m.

26 / / /

27 / / /

28 / / /

| | | |
|---|---|---|
| 1 | Dated:  March 31, 2011 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Linda C. Harter<br>LINDA C. HARTER |
| 5 | | Chief Assistant Federal Defender<br>Attorney for Defendant<br>SHAWN MARIE LEWIS |
| 6 | | |
| 7 | Dated:  March 31, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | /s/ Rachana Shah |
| 9 | | RACHANA SHAH<br>Special Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

Dated: 4/1/11

HON. Dale A. Drozd
United States Magistrate Judge

Stipulation and [Proposed] Order   -2-